IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-187-BO

| | | |
|---|---|---|
| JOSE CRUZ MARTINEZ-MORALES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| VALENTINO LOPEZ, JR., *et al.*, | ) | |
| Defendants. | ) | |

This cause comes before the Court on a motion by defendant Valentino Lopez, Jr. for additional time to find an attorney to represent him in this case as well as a consent motion for extension of time to answer the complaint filed by counsel for defendants Valentino Lopez and Gilberto Lopez. For good cause shown, both motions [DE 43 & 51] are GRANTED. Defendants Valentino Lopez and Gilberto Lopez are permitted through and including September 19, 2022, within which to answer or otherwise respond to the complaint.

SO ORDERED, this ⎰ day of September 2022.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE