IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-187-BO

| | |
|---|---|
| JOSE CRUZ MARTINEZ-MORLAES et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VALENTINO LOPEZ, JR., et al, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on plaintiffs' motion [DE-105] to seal Exhibit B [DE-98-2] to plaintiffs' motion to compel [DE-98], pursuant to Local Civil Rule 79.2(a). In support of the request, plaintiff provides ([DE-105] at 1) that the exhibit at issue [DE-98-2] was inadvertently filed containing unredacted information required to be redacted pursuant to Fed. R. Civ. P. 5.2(a)(1).

For good cause shown by the reasons stated in the motion to seal, plaintiffs' motion to seal [DE-105] is GRANTED. The court ORDERS that Exhibit B [DE-98-2] to plaintiffs' motion to compel [DE-98] be sealed by the Clerk of Court. Plaintiff is DIRECTED to file a redacted copy of the same document within seven (7) days of this order being entered.

SO ORDERED, this 19th day of April, 2024.

_____
Brian S. Meyers
United States Magistrate Judge