IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-187-BO

JOSE CRUZ MARTINEZ-MORALES, *et al.*, )
on behalf of themselves and other )
similarly situated persons, )
)
      Plaintiffs, )
)
v. )
)
VALENTINO LOPEZ, JR. *aka and/or d/b/a* )
VALENTINO LOPEZ AND VALENTINO LOPEZ )
GOMEZ, *et al.*, )
)
      Defendants. )
)

**ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Plaintiffs' Consent Motion to Hold in Abeyance should be and is hereby GRANTED. The Court shall hold in abeyance any ruling on Plaintiffs' Motion to Amend, D.E. 87, and Plaintiffs' Motion to Compel, D.E. 98, until such time as the Parties notify the Court that their settlement negotiations have reached an impasse, or May 31, 2024, whichever is later.

SO ORDERED this 29 day of April, 2024.

Terrence W. Boyle
United States District Judge