IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-187-BO

JOSE CRUZ MARTINEZ-MORALES, *et al.*, )
on behalf of themselves and other )
similarly situated persons, )
                                       )
        Plaintiffs, )
                                       )
v. )
                                       )
VALENTINO LOPEZ, JR. *aka and/or d/b/a* )
VALENTINO LOPEZ AND VALENTINO LOPEZ )
GOMEZ, *et al.*, )
                                       )
        Defendants. )
_____ )

**ORDER APPROVING FLSA SETTLEMENT AGREEMENT**

This matter comes before the Court on Named Plaintiffs' and Lopez Defendants' (collectively "the Parties") Joint Motion for Approval of FLSA Settlement. The Parties have jointly requested that the Court approve the Settlement Agreement and have mutually agreed to the entry of this Order granting approval of the Settlement.

Having reviewed the Parties' Joint Motion for Approval of FLSA Settlement, Memorandum of support thereof, and declaration of Aaron Jacobson, Plaintiffs' counsel, the Court now FINDS, CONCLUDES, DECREES, and ORDERS as follows:

(1) This Court has jurisdiction over the subject matter of the litigation and over the Parties.

(2) Neither the Settlement, nor the approval order, nor the fact of a settlement, is an admission or concession by the Lopez Defendants of any liability or wrongdoing.

1

(3) The terms of the Settlement Agreement are hereby approved and the Court finds that attorneys' fees provided for in the Settlement Agreement are reasonable. The Court finds that the Settlement is fair and adequate and a reasonable and equitable compromise of the claims in this case given the extent of discovery that has taken place, the stage of the proceedings, the expense and likely duration of continued litigation, the probability of Plaintiffs' success on the merits, the amount of the settlement in relation to the potential recovery, and the significance of the injunctive relief agreed to. The Court finds that there has been no fraud or collusion in the settlement and that Plaintiffs' counsel has adequately represented Plaintiffs.

The Joint Motion for Approval of FLSA Settlement is ALLOWED and the Settlement Agreement and Release are APPROVED without change. The Court also approves the Consent Decree attached to the Settlement Agreement and filed separately.

SO ORDERED.

This the 17 day of July, 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2