IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-187-BO

| | | |
|---|---|---|
| JOSE CRUZ MARTINEZ-MORALES, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| VALENTINO LOPEZ, JR., *et al.*, | ) ) | |
| Defendants. | ) | |

ORDER

On April 20, 2024, the Court granted plaintiffs' consent motion to hold in abeyance any ruling on plaintiffs' motion to amend their complaint and plaintiffs' motion to compel to permit the parties an opportunity to continue with settlement negotiations. The parties filed joint motions for approval of settlement which have been granted. The motions indicate that a stipulation of dismissal will be filed following compliance with the terms of the settlement agreement.

In light of the foregoing, plaintiffs' motion for leave to file a third amended complaint [DE 87] and plaintiffs' motion to compel [DE 98] are hereby DENIED WITHOUT PREJUDICE. Any stipulations of dismissal shall be filed not later than September 6, 2024.

SO ORDERED, this 17 day of July 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE